# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lee, Gerald B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, Virginia 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Directors | Federal Judges Association |
| 2.  Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3.  Dean's Advisory Council | The American University Washington College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | |

DISCLOSURE OFFICE  2009 MAY 10 P 12: 18  RECEIVED

Lee, Gerald B.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/09 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Trial Lawyers Association, Richmond, Virginia | March 13-15, 2009 | Williamsburg, Virginia | Teach | transportation, hotel, and meals |
| 2. | Federal Public Defender Conference | April 17-18, 2010 | Williamsburg, Virginia | Teach | transportation, hotel, and meals |
| 3. | Federal Judges Association Board Meeting | May 2-4, 2009 | Washington, DC | Board meeting | Trransportation, hotel, and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | E | Distribution | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Interest | J | T | | | | | |
| 3. Wal Mart Stores.Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | | None | J | T | Buy/monthly | 1/01/09 | J | | |
| 5. | | | | | Partial Sale | 04/15/09 | J | A | |
| 6. | | | | | Sold (part) | 12/15/09 | J | A | |
| 7. AIM Constellation Fund | | None | J | T | Buy/monthly | 1/01/09 | J | | |
| 8. | | | | | Sold (part) | 12/15/09 | J | A | |
| 9. Johnson Controls | | None | J | T | | | | | |
| 10. Alger Money Market Fund | | None | | | Sold | 2/27/09 | J | A | |
| 11. Vanguard Total Stock Index Fund, IRA | | None | L | T | | | | | |
| 12. Vanguard Total Stock Mkt Index IRA | | None | J | T | | | | | |
| 13. Vanguard US Growth IRA | | None | J | T | | | | | |
| 14. Vanguard US Growth Fund IRA | | None | J | T | | | | | |
| 15. Vanguard 500 Index Fund IRA | | None | J | T | | | | | |
| 16. Vanguard Capital Opp IRA | | None | K | T | | | | | |
| 17. Vanguard Treasury M/Market Fund | | None | K | T | Buy monthly | 01/01/09 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Fund IRA | | None | J | T | | | | | |
| 19. Fidelity Aggressive Growth IRA | | None | J | T | | | | | |
| 20. Vanguard Health Care Fnd IRA | | None | J | T | | | | | |
| 21. TIAA CREF Tax Exempt Bond Fund | | None | J | T | Buy (add'l) | 01/01/09 | J | | |
| 22. | | | | | Sold (part) | 04/15/09 | J | A | |
| 23. | | | | | Sold (part) | 06/08/09 | J | A | |
| 24. | | | | | Sold (part) | 12/01/09 | J | A | |
| 25. Walt Disney Co. | | None | | | Sold | 02/27/09 | J | A | |
| 26. Russell 3000 Index | | None | J | T | Buy (add'l) | 1/01/09 | J | | |
| 27. Walmart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 1/01/09 | J | | |
| 28. Starbucks Corp | | None | | | Sold | 02/27/09 | J | A | |
| 29. General Mills, Inc. | | None | J | T | Buy (add'l) | 01/01/09 | J | | |
| 30. ▓▓▓ 401 (K) Retirement Plan and Trust | | None | M | T | Buy (add'l) | 01/01/09 | K | | |
| 31. General Electrc | A | Dividend | | | Buy | 03/08/09 | J | | |
| 32. | | | | | Sold | 12/01/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - S5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

These investments are through Sharebuilder.com
No.21. Walt Disney Stock Less than $1,000.00 per month
.No. 22 Russell 3000 Index is purchased monthly. Less than $1,000.00 per month.
No. 23. WalMart, Stores, Inc. is purchased monthly. Less than $1,000.00 per month
No. 24. Starbucks Corp is purchased monthly. Less than $1,000.00 per month. This stock was sold in February 2009.
No 25. General Mills, Inc. is purchased monthly. Less than $1,000.00 pere month
No. 26 ▨▨▨▨▨▨▨▨▨▨ 401 (k) Retirement Plan and Trust
No. 27. General Electric stock was purchased in March 2009 and sold in December 2009.

No. 20. TIAA CREF Tax Exempt Bond Fund is purchased monthly. Less than $1,000.00 per month

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544